**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **enerGEEwhizz LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3191672** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1418 N. Kingsbury Street**<br>**Chicago, IL 60642**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **enerGEEwhizz LLC**
_____   Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**7991**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor    **enerGEEwhizz LLC**
_____    Case number (*if known*) _____
        Name

**11.  Why is the case filed in**    *Check all that apply:*
      *this district?*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ **No**
      **have possession of any**
      **real property or personal**    ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes.   Insurance agency _____

               Contact name _____

               Phone _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**    .   *Check one:*
      **available funds**

      ■ Funds will be available for distribution to unsecured creditors.

      ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
      **creditors**            ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                              ■ 100-199            ☐ 10,001-25,000          ☐ More than100,000
                              ☐ 200-999

---

**15.  Estimated Assets**    ■ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

| Debtor | **enerGEEwhizz LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2020**
                MM / DD / YYYY

X **/s/ Tiffanie Sperling**                    **Tiffanie Sperling**
Signature of authorized representative of debtor        Printed name

Title   **Manager/VP Business Development and Operations**

**18. Signature of attorney**

X **/s/ David E. Cohen**                         Date **June 19, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**David E. Cohen 6192149**
Printed name

**Fisher Cohen Waldman Shapiro, LLP**
Firm name

**1247 Waukegan Road**
**Suite 100**
**Glenview, IL 60025**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 606-3451**        Email address  **DCohen@fishercohen.com**

**6192149 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **enerGEEwhizz LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2020**          X **/s/ Tiffanie Sperling**
                                            Signature of individual signing on behalf of debtor

                                            **Tiffanie Sperling**
                                            Printed name

                                            **Manager/VP Business Development and Operations**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **enerGEEwhizz LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $       40,784.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $       40,784.96

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $       0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $       77,127.48

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$       2,713,404.05

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $       2,790,531.53

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **enerGEEwhizz LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **JPMorgan Chase Bank** | **Checking** | 5696 | **$151.11** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                              **$151.11**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

7.1.    **Security deposit with 860 Evergreen Partners LLC**                            **$33,666.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                            **$33,666.00**
        Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor    **enerGEEwhizz LLC**                                    Case number *(If known)* _____
        Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **2,240.85** | - | **0.00** | = .... | **$2,240.85** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                    | **$2,240.85** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Retail items for sale (socks, t-shits, baseball caps, etc)** | | **$4,727.00** | Recent cost | **$4,727.00** |

23.    **Total of Part 5.**                                                                    | **$4,727.00** |
        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **enerGEEwhizz LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.     Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.     Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.     Aircraft and accessories** | | | |
| **50.     Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Modules/equipment for the facility and a cooler/refrigerator (expect very little if any liquidation value)** | **$532,982.00** | Recent cost | Unknown |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **enerGEEwhizz LLC**                                   Case number *(If known)* _____
_____
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1. **Lease of 1418 N. Kingsbury Street, Space 1-H, Chicago, IL 60642** | Tenant | Unknown | Unknown |
| 55.2. **Lease of 2775 Showplace Drive, Units 9-20 and 9-21, Naperville, Illinois** | Tenant | Unknown | Unknown |

56.    **Total of Part 9.**                                                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** Internet domain for energeewhizz.com | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **enerGEEwhizz LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Cause of action against Melina Dworsky and possibly Ashley Dworsky for improperly used enerGEEwhizz's money and other assets as set forth in the counterclaim in case number 2019 CH 01540, Circuit Court of Cook County, Illinois**

| Nature of claim | Cause of action | **Unknown** |
|---|---|---|
| Amount requested | **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | **$0.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **enerGEEwhizz LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $151.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,666.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,240.85 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,727.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,784.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,784.96 |

**Fill in this information to identify the case:**

Debtor name    **enerGEEwhizz LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **enerGEEwhizz LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adrienne Hass**<br>**2000 North Lincoln Park West**<br>**Chicago, IL 60614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $382.50 | $382.50 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Prepay for 1/2 Day Camp** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Alex Schultz**<br>**1736 Wellington**<br>**Chicago, IL 60657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $336.00 | $336.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Birthday party and Remainder owed for purchased Pack for Youth Classes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | enerGEEwhizz LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.40 | $86.40 |
|---|---|---|---|---|

**Alexandra**
**3814 W Irving Park Rd**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

**Alix Levine**
**2757 N Greenview**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Alli Rogoway**
**1943 W Wellington Ave**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Allison Dan**
**4549 N Claremont Ave**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | enerGEEwhizz LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.60 | $165.60 |

**Amber Guenther**
**2112 W Eastwood Ave**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.40 | $122.40 |

**Amy Anderson**
**537 W Fullerton Pkwy**
**Unit 1**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.08 | $325.08 |

**Andrea Harb**
**6657 N Lightfoot Ave**
**Chicago, IL 60646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.60 | $165.60 |

**Andrea Martyn**
**3462 North Sheffield**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **enerGEEwhizz LLC** _____   Case number (if known) _____

Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 | $115.00 |
|------|---|---|---|---|

**Ann Garvey**
**2047 West Addison**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.24 | $66.24 |
|------|---|---|---|---|

**Anne Brady**
**2150 McLain Ave**
**Chicago, IL 60667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.20 | $55.20 |
|------|---|---|---|---|

**Ashley Bromagen**
**1356 West Wrightwood**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.32 | $88.32 |
|------|---|---|---|---|

**Aurea Chambers**
**3313 N Lakewood**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.61 | $269.61 |
|---|---|---|---|---|

**Betty Diaz**
**977 W 19th**
**Chicago, IL 60608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.60 | $81.60 |
|---|---|---|---|---|

**Brooke**
**9265 Doubletree Dr North**
**Crown Point, IN 46307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Studio Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.25 | $290.25 |
|---|---|---|---|---|

**Bryan Schwierzke**
**2136 W Barry Ave**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 | $684.00 |
|---|---|---|---|---|

**Chong Suh**
**2459 W Grace**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit and balance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **enerGEEwhizz LLC**

Name

Case number (*if known*) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

**Christine Szafranski**
**2379 N Wayne**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $336.00 |
|---|---|---|---|---|

**Courtney Lee**
**1824 N Marshfield**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party and Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.80 | $82.80 |
|---|---|---|---|---|

**Dan Velez**
**2705 W Warren Blvd**
**Chicago, IL 60612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

**Dana Pious**
**2331 N Lister Ave**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **enerGEEwhizz LLC**

Name    Case number (if known)

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.57 | $196.57 |
|------|---|---|---|---|

**Daneih Ismail**
**3900 N Lake Shore Dr.**
**Apt. 18K**
**Chicago, IL 60613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.60 | $57.60 |
|------|---|---|---|---|

**Danielle Vaughn**
**1019 N Marshfield**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $0.00 |
|------|---|---|---|---|

**Debbie Litow**
**1845 North Hudson Ave.**
**Unit A**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|------|---|---|---|---|

**Deepti Mendiratta**
**3544 N Fremont**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit for birthday party**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **enerGEEwhizz LLC**                                        Case number (if known)
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Derrick Sandford**
**4031 N Maplewood Ave**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.60 | $27.60 |
|---|---|---|---|---|

**Devin Green**
**625 W Division**
**Apt. 1209**
**Chicago, IL 60610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth**
**Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.15 | $93.15 |
|---|---|---|---|---|

**Donna Jun**
**852 W Roscoe**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth**
**Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.40 | $86.40 |
|---|---|---|---|---|

**Doug Writef**
**6508 S Chester**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth**
**Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Drienne Kerr**
**1530 N Dearborn Parkway**
**Unit 6N**
**Chicago, IL 60610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Elena Dewolfe**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.80 | $220.80 |
|---|---|---|---|---|

**Eric Christman**
**3211 N Racine Ave**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.56 | $154.56 |
|---|---|---|---|---|

**Erica Beer**
**1809 N Leavitt St**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **enerGEEwhizz LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.64 | $176.64 |
|---|---|---|---|---|

**Erin Drever**
**320 North Clinton Street**
**Apt. E**
**Chicago, IL 60661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.50 | $178.50 |
|---|---|---|---|---|

**Eva Shimota**
**3754 N Janssen Ave**
**Chicago, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.48 | $132.48 |
|---|---|---|---|---|

**Eve Bonneau**
**4421 N Richmond St**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.20 | $232.20 |
|---|---|---|---|---|

**Georgia Burke**
**2133 W Superior**
**Chicago, IL 60612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Ghienhel Speh**
**2808 North Ave**
**Chicago, IL 60642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

**Glenn Willis**
**1010 W George St**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

**Gretchen Graber**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.30 | $117.30 |
|---|---|---|---|---|

**Hae Mi**
**21 E Huron St**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **enerGEEwhizz LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

Priority creditor's name and mailing address
**Heidi Thatche**
**980 North Michigan Ave.**
**Suite 1000**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$234.60    $234.60

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.44    Priority creditor's name and mailing address
**Internal Revenue Service**
**Department of the Treasury**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,513.84    Unknown

Date or dates debt was incurred

**2015 - 2017**

Basis for the claim:
**Late filing assessments**
**2015 - $11,756.17**
**2016 - $11,700.00**
**2017 - 12,057.67**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.45    Priority creditor's name and mailing address
**Iona Koss**
**4802 N. Bell**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.40    $123.40

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased March special**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.46    Priority creditor's name and mailing address
**J Christopher**
**6938 S East End Ave.**
**Chicago, IL 60659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00    $375.00

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for field trip**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **enerGEEwhizz LLC**                                                    Case number (if known)
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,455.00 | $1,800.00 |

**James Lee**
**4130 N St Louis**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 | $89.00 |

**Jamie Kleinschmidt**
**2150 W McLean Ave.**
**2W**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 5/month**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**Jane Downey**
**1018 N Oakley Blvd**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.80 | $154.80 |

**Jayne Rosefield**
**833 North Clark St**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.40 | $122.40 |
|---|---|---|---|---|
| | **Jennifer McManus** | Check all that apply. | | |
| | **3842 N Southport Ave.** | ☐ Contingent | | |
| | **Apt. G** | ☐ Unliquidated | | |
| | **Chicago, IL 60613** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Remainder owed for purchased Pack for Youth Classes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.70 | $89.70 |
|---|---|---|---|---|
| | **Jennifer Ruff** | Check all that apply. | | |
| | **1942 W School** | ☐ Contingent | | |
| | **Chicago, IL 60657** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Remainder owed for purchased Pack for Youth Classes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|
| | **Joanna Swartout** | Check all that apply. | | |
| | **1727 N Rockwell** | ☐ Contingent | | |
| | **Chicago, IL 60647** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepay for Day Camp** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.40 | $41.40 |
|---|---|---|---|---|
| | **John Sadofsky** | Check all that apply. | | |
| | **1240 N Dearborn** | ☐ Contingent | | |
| | **Apt. 3** | ☐ Unliquidated | | |
| | **Chicago, IL 60610** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Remainder owed for purchased Pack for Youth Classes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.80 | $82.80 |
|---|---|---|---|---|

**John Sreethraan**
**1457 N Halsted**
**Chicago, IL 60642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.20 | $232.20 |
|---|---|---|---|---|

**Jose Pluto**
**2446 N Racine Ave.**
**Apt. 3R**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Karishma Buford**
**1841 W Addison**
**Chicago, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |
|---|---|---|---|---|

**Karlie Calvert**
**1420 W Barry Ave**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **enerGEEwhizz LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Kate Birkhead**
**1428 W Cortez**
**1W**
**Chicago, IL 60642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.80 | $64.80 |
|---|---|---|---|---|

**Kate Bluestein**
**1924 N Winchester**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.48 | $132.48 |
|---|---|---|---|---|

**Kate Donahue**
**2349 W Moffat St**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.64 | $176.64 |
|---|---|---|---|---|

**Kathleen Cassata**
**1823 N Wilcott**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.80 | $136.80 |
|---|---|---|---|---|

**Kelly Bonovich**
**1631 N Claremont Ave**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Kelly Wokomir**
**3048 N Sawyer Ave**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.52 | $107.52 |
|---|---|---|---|---|

**Kimberly Dyoco**
**1017 N Cleveland Ave**
**Chicago, IL 60610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.80 | $220.80 |
|---|---|---|---|---|

**Kipp Cornell**
**2334 W Rice St**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **enerGEEwhizz LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.67** Priority creditor's name and mailing address

**Kristen Petrillo**
**2520 N Washtenaw**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.10    $62.10

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** Priority creditor's name and mailing address

**Kristina Pierce**
**1803 N Mohawk Unit B**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$192.00    $192.00

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** Priority creditor's name and mailing address

**Kristofer Moore**
**1849 W Superior St.**
**Apt 1**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$176.64    $176.64

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** Priority creditor's name and mailing address

**Laura Gillespie**
**2457 W Irving Park Rd**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$516.00    $516.00

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit and balance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **enerGEEwhizz LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|

**Lauren Gibbs
1042 Pave
Oak Park, IL 60302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.40 | $110.40 |
|---|---|---|---|---|

**Lauren Lopriore
2002 W Barry Ave
Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth
Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.32 | $88.32 |
|---|---|---|---|---|

**Lauren Sieckman
1415 W Belmont Ave.
Apt. 3
Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth
Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.00 | $258.00 |
|---|---|---|---|---|

**Layne Zagorin
2133 N Kenmore Ave
Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth
Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **enerGEEwhizz LLC**

Name

Case number *(if known)*

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.90 | $144.90 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Lea Jackson**
**8109 South Indiana Ave**
**Chicago, IL 60619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.20 | $124.20 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Leahanna Horn**
**211 E Ontario Street**
**#2910**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.50 | $137.50 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Linda Dao**
**5615 West Patterson Ave**
**Chicago, IL 60634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.15 | $237.15 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Lisa Galvez**
**2237 Fullerton Ave**
**Chicago, IL 60642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **enerGEEwhizz LLC**
Name

Case number *(if known)*

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.92 | $97.92 |
|---|---|---|---|---|

**Lisa Steele**
**2237 N Janssen**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.24 | $66.24 |
|---|---|---|---|---|

**Lysette Schafer**
**1120 W Adams St.**
**Unit 2W**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.40 | $110.40 |
|---|---|---|---|---|

**Maggie Adams**
**23 N Green Street**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Marissa Robinett**
**3830 N Marshfield Ave**
**Chicago, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.32 | $88.32 |
|---|---|---|---|---|

**Martha Nimon**
**1142 W Gearge St**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Megan Yopchick**
**2050 N Mohawk St**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday party deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.64 | $176.64 |
|---|---|---|---|---|

**Meghna Shah**
**175 Harbor**
**Chicago, IL 60612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.28 | $65.28 |
|---|---|---|---|---|

**Melissa Igersheim**
**1441 W School St**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **enerGEEwhizz LLC**                                                     Case number (if known)
_____
Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.40 | $110.40 |
|------|---|---|---|---|

Priority creditor's name and mailing address
**Meredith Russell**
**2230 N Southport Ave**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|------|---|---|---|---|

Priority creditor's name and mailing address
**Michelle Corella**
**60 E Monroe St.**
**#1602**
**Chicago, IL 60603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.80 | $220.80 |
|------|---|---|---|---|

Priority creditor's name and mailing address
**Muhlena**
**6145 W Addison**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.37 | $91.37 |
|------|---|---|---|---|

Priority creditor's name and mailing address
**Nikki Stratton**
**2034 West McLean Ave**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.40 | $110.40 |
|---|---|---|---|---|

**Pawan**
**321 S Sangamon**
**Unit 304**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.64 | $176.64 |
|---|---|---|---|---|

**Peiyuan Mao**
**530 N Lake Shore Dr.**
**Unit 2201**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.24 | $102.24 |
|---|---|---|---|---|

**Preethi**
**505 N McClurg Ct**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.80 | $28.80 |
|---|---|---|---|---|

**Preethi Raghupatruni**
**505 N McClurg Ct**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **enerGEEwhizz LLC**
Name

Case number (if known)

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.40 | $122.40 |

**Rebecca Dillon**
**440 W Elm St**
**Chicago, IL 60610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.90 | $144.90 |

**Ron Wyka**
**1141 N Leavitt St.**
**#1**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.80 | $154.80 |

**Rose Lustenberger**
**2800 N Lake Shore Dr**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.28 | $428.28 |

**S Dragovic**
**3842 North Southport Ave.**
**Unit H**
**Chicago, IL 60613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Sabrina Stroud**
**7730 S Paxton Ave**
**Chicago, IL 60649**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.50 | $382.50 |
|---|---|---|---|---|

**Sara Bafundo**
**635 N Dearborn St.**
**Unit 2205**
**Chicago, IL 60654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for 1/2 Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.56 | $154.56 |
|---|---|---|---|---|

**Sara Wilke**
**2226 N Hamilton Ave**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.04 | $227.04 |
|---|---|---|---|---|

**Scott Dietrich**
**3316 N Southport Ave.**
**#2F**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor      **enerGEEwhizz LLC**

Name

Case number (*if known*)

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.08 | $22.08 |
|---|---|---|---|---|

**Shauna Womeldorff**
**3345 N Racine Unit D**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.30 | $348.30 |
|---|---|---|---|---|

**Sheena Horvath**
**533 N Marshfield Ave**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.00 | $138.00 |
|---|---|---|---|---|

**Sindhura**
**2423 N Jansen**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Sona Rao**
**417 S Jefferson St.**
**Unit 105**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Birthday Party deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **enerGEEwhizz LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.00** | **$72.00** |

**Staci**
**3912 N Janssen Ave**
**Chicago, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.80** | **$36.80** |

**Susan Mallaney**
**130 N Garland Ct.**
**#4005**
**Chicago, IL 60602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$269.61** | **$269.61** |

**Susie Hassan**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.00** | **$72.00** |

**Suzy Pacey**
**1648 W Erie St**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **enerGEEwhizz LLC**                                      Case number *(if known)* _____
_____
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.40 | $110.40 |
|---|---|---|---|---|

**Swingley**
**2520 Washtenaw**
**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.80 | $220.80 |
|---|---|---|---|---|

**Talya Smith**
**2838 W Wellington**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.00 | $558.00 |
|---|---|---|---|---|

**Tara Konecky**
**2243 N Wayne Ave**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,110.47 | $10,000.00 |
|---|---|---|---|---|

**Tiffanie Sperling**
**24307 Apple Tree Lane**
**Plainfield, IL 60585**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Vacation pay**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | enerGEEwhizz LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.60 | $96.60 |
|---|---|---|---|---|
| | **Valerie** | *Check all that apply.* | | |
| | **6 S Laflin** | ☐ Contingent | | |
| | **Chicago, IL 60607** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Remainder owed for purchased Pack for Youth Classes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.96 | $30.96 |
|---|---|---|---|---|
| | **Velezquez** | *Check all that apply.* | | |
| | **1229 W Madison** | ☐ Contingent | | |
| | **30.96, IL 60607** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Remainder owed for purchased Pack for Youth Classes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.80 | $154.80 |
|---|---|---|---|---|
| | **Warren Pan** | *Check all that apply.* | | |
| | **2 W Delaware** | ☐ Contingent | | |
| | **Unit 1808** | ☐ Unliquidated | | |
| | **Chicago, IL 60610** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Remainder owed for purchased Pack for Youth Classes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.24 | $201.24 |
|---|---|---|---|---|
| | **Warren Pan** | *Check all that apply.* | | |
| | **2 W Delaware** | ☐ Contingent | | |
| | **Unit 1808** | ☐ Unliquidated | | |
| | **Chicago, IL 60610** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Remainder owed for purchased Pack for Youth Classes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **enerGEEwhizz LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.119** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.20 | $124.20

**Yana Wilmot**
**201 W Brush Hill Rd.**
**Unit 302**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Remainder owed for purchased Pack for Youth Classes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.120** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.50 | $467.50

**Yifan Sanchez**
**534 North Hermitage**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepay for Day Camp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,320.70**

**860 Evergreen LLC**
**1200 N. North Branch Street**
**2nd Floor**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2020 & 5/2020**

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.14**

**ADT Security Services**
**1501 Yamato Rd.**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2020**

Basis for the claim:  **Security services**

Last 4 digits of account number  **7702**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00**

**Chicago Kids**
**P.O. Box 623**
**2463 Dundee Road**
**Northbrook, IL 60065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | enerGEEwhizz LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.01 |
|---|---|---|---|

**Comcast**
**Comcast Center**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ComEd**
**Customer Care Center**
**P.O. Box 805379**
**Chicago, IL 60680-5379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Electric services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,495.00 |
|---|---|---|---|

**Dean Simon**
**15418 Tanner Ridge Circle**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Principal balance owed on loans (interest not included)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284,170.00 |
|---|---|---|---|

**Jassinowsky Trust, The**
**Lower Collymore Rock**
**St. Michael**
**BARBADOS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Principal balance owed on loans (interest not included)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JPMorgan Chase Bank**
**10 South Dearborn Street**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Overdrawn account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melina Dworsky**
**95 Larkdale Rd.**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __19 CH 01540__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Neighborhood Parents Network of Chi**
**3701 N. Ravenswood Avenue**
**Suite 204-205**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | enerGEEwhizz LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,886,162.00 |
|---|---|---|---|

**RDJ Holdings Inc.**
**293 Eisenhower Parkway**
**Suite 120**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Principal balance owed on loans (interest not included)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**SBA Payroll Protection program**
**c/o JPMorgan Chase Bank**
**P.O. Box 15145**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2020**

Basis for the claim: _

Last 4 digits of account number  **3001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,390.20 |
|---|---|---|---|

**TBR Electronics**
**1220 W. Lakeview Court**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/25/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Melina Dworsky**<br>**c/o Volker Litigation Group**<br>**33 N. Dearborn Street, Suite 1000**<br>**Chicago, IL 60602** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 77,127.48 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,713,404.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,790,531.53 |

**Fill in this information to identify the case:**

Debtor name     **enerGEEwhizz LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1418 N. Kingsbury Street, Space 1-H, Chicago, IL 60642** |
| State the term remaining | **860 Evergreen LLC** |
| List the contract number of any government contract | **1200 N. North Branch Street 2nd Floor Chicago, IL 60642** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Units 9-20 and 9-21, 2775 Showplace Drive, Naperville, Illinois** |
| State the term remaining    **3 years, 10 months** | **PRIII MA Naperville JV, LLC c/o Mid-America Asset Mgmt/Jean Zoe** |
| List the contract number of any government contract | **One Parkway Plaza, 9th Floor Villa Park, IL 60181** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **enerGEEwhizz LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **enerGEEwhizz LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $64,361.55 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $245,354.00 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $121,302.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **1**

Debtor    **enerGEEwhizz LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **860 Evergreen LLC**<br>**1200 N. North Branch Street**<br>**2nd Floor**<br>**Chicago, IL 60642** | 3/12/2020 | $23,160.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent to landlord** |
| 3.2. **PRIII MA Naperville JV, LLC**<br>**c/o Mid-America Asset Mgmt/Jean Zoe**<br>**One Parkway Plaza, 9th Floor**<br>**Villa Park, IL 60181** | 5/2020 | $28,983.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tiffanie Sperling**<br>**24307 Apple Tree Lane**<br>**Plainfield, IL 60585**<br>**Manager** | **Various** | $120,000.00 | **Wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **enerGEEwhizz LLC**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Melina Dworsky v. enerGEEwhizz LLC, et al.**<br>**19 CH 01540** | **Declaratory judgment and other relief** | **Circuit Court of Cook County**<br>**50 West Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Fisher Cohen Waldman Shapiro, LLP**<br>**1247 Waukegan Road**<br>**Suite 100**<br>**Glenview, IL 60025** | **Attorney Fees** | **6/12/2020** | **$10,000.00** |
| **Email or website address**<br>**DCohen@fishercohen.com** | | | |
| **Who made the payment, if not debtor?**<br>**RDJ Holdings, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | enerGEEwhizz LLC | Case number *(if known)* |
|---|---|---|

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **enerGEEwhizz LLC**                                                    Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **U-Haul Moving & Storage of Plainfield 11238 Route 59 Unit 1496 Naperville, IL 60564** | **Tiffane Sperling 24307 Apple Tree Lane Plainfield, IL  60585** | **Computer Hardware, retail items, tools, enerGEEwhizz module parts** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Debtor    **enerGEEwhizz LLC**                                                Case number *(if known)*

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Amanda Lea Bushey**<br>**3940 Sweetwater Drive**<br>**Valdosta, GA 31602** | **July, 2018 to**<br>**February, 2019** |
| 26a.2. | **Main Street Financial**<br>**Karen H. Garland, CPA**<br>**293 Eisenhower Parkway**<br>**Suite 120**<br>**Livingston, NJ 07039** | **February, 2019 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **enerGEEwhizz LLC**                                      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Main Street Financial**<br>**Karen H. Garland, CPA**<br>**293 Eisenhower Parkway**<br>**Suite 120**<br>**Livingston, NJ 07039** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RDJ Holdings Inc. | 293 Eisenhower Parkway<br>Suite 120<br>Livingston, NJ 07039 | Member | 52.8% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Dean Simon | 15418 Tanner Ridge Circle<br>San Diego, CA 92127 | Member | 25.7% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jassinowsky Trust, The | Lower Collymore Rock<br>St. Michael<br>BARBADOS | Member | 17.5% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Barry Kagan | 64 10th Avenue<br>Johannesburg<br>SOUTH AFRICA | Member | 4.0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Tiffaine Sperling | 24307 Apple Tree Lane<br>Plainfield, IL 60585 | Manager/VP Business Development and Operations | 0% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     enerGEEwhizz LLC _____     Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __June 19, 2020__

__/s/ Tiffanie Sperling__                        __Tiffanie Sperling__
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **Manager/VP Business Development and Operations**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **enerGEEwhizz LLC**

_____

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **10,000.00** |
    | Prior to the filing of this statement I have received | $ | **10,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):   **RDJ Holdings**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
       reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
       522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 19, 2020**
_____
_Date_

**/s/ David E. Cohen**
_____
**David E. Cohen 6192149**
_Signature of Attorney_
**Fisher Cohen Waldman Shapiro, LLP**
**1247 Waukegan Road**
**Suite 100**
**Glenview, IL 60025**
**(312) 606-3451   Fax: (312) 606-0117**
**DCohen@fishercohen.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re **enerGEEwhizz LLC**                          Case No. _____

                                  Debtor(s)        Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 19, 2020** _____       **/s/ Tiffanie Sperling** _____

                                         **Tiffanie Sperling/Manager/VP Business Development and Operations**
                                         Signer/Title

860 Evergreen LLC
1200 N. North Branch Street
2nd Floor
Chicago, IL 60642


Adrienne Hass
2000 North Lincoln Park West
Chicago, IL 60614


ADT Security Services
1501 Yamato Rd.
Boca Raton, FL 33431


Alex Schultz
1736 Wellington
Chicago, IL 60657


Alexandra
3814 W Irving Park Rd
Chicago, IL 60618


Alix Levine
2757 N Greenview
Chicago, IL 60614


Alli Rogoway
1943 W Wellington Ave
Chicago, IL 60657


Allison Dan
4549 N Claremont Ave
Chicago, IL 60625


Amber Guenther
2112 W Eastwood Ave
Chicago, IL 60625


Amy Anderson
537 W Fullerton Pkwy
Unit 1
Chicago, IL 60614


Andrea Harb
6657 N Lightfoot Ave
Chicago, IL 60646

Andrea Martyn
3462 North Sheffield
Chicago, IL 60657


Ann Garvey
2047 West Addison
Chicago, IL 60618


Anne Brady
2150 McLain Ave
Chicago, IL 60667


Ashley Bromagen
1356 West Wrightwood
Chicago, IL 60614


Aurea Chambers
3313 N Lakewood
Chicago, IL 60657


Betty Diaz
977 W 19th
Chicago, IL 60608


Brooke
9265 Doubletree Dr North
Crown Point, IN 46307


Bryan Schwierzke
2136 W Barry Ave
Chicago, IL 60618


Chicago Kids
P.O. Box 623
2463 Dundee Road
Northbrook, IL 60065


Chong Suh
2459 W Grace
Chicago, IL 60618


Christine Szafranski
2379 N Wayne
Chicago, IL 60614

Comcast
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103


ComEd
Customer Care Center
P.O. Box 805379
Chicago, IL 60680-5379


Courtney Lee
1824 N Marshfield
Chicago, IL 60622


Dan Velez
2705 W Warren Blvd
Chicago, IL 60612


Dana Pious
2331 N Lister Ave
Chicago, IL 60614


Daneih Ismail
3900 N Lake Shore Dr.
Apt. 18K
Chicago, IL 60613


Danielle Vaughn
1019 N Marshfield
Chicago, IL 60622


Dean Simon
15418 Tanner Ridge Circle
San Diego, CA 92127


Debbie Litow
1845 North Hudson Ave.
Unit A
Chicago, IL 60614


Deepti Mendiratta
3544 N Fremont
Chicago, IL 60657

Derrick Sandford
4031 N Maplewood Ave
Chicago, IL 60618


Devin Green
625 W Division
Apt. 1209
Chicago, IL 60610


Donna Jun
852 W Roscoe
Chicago, IL 60657


Doug Writef
6508 S Chester
Chicago, IL 60647


Drienne Kerr
1530 N Dearborn Parkway
Unit 6N
Chicago, IL 60610


Elena Dewolfe


Eric Christman
3211 N Racine Ave
Chicago, IL 60657


Erica Beer
1809 N Leavitt St
Chicago, IL 60647


Erin Drever
320 North Clinton Street
Apt. E
Chicago, IL 60661


Eva Shimota
3754 N Janssen Ave
Chicago, IL 60613


Eve Bonneau
4421 N Richmond St
Chicago, IL 60625

Georgia Burke
2133 W Superior
Chicago, IL 60612

Ghienhel Speh
2808 North Ave
Chicago, IL 60642

Glenn Willis
1010 W George St
Chicago, IL 60657

Gretchen Graber

Hae Mi
21 E Huron St
Chicago, IL 60611

Heidi Thatche
980 North Michigan Ave.
Suite 1000
Chicago, IL 60611

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Iona Koss
4802 N. Bell
Chicago, IL 60625

J Christopher
6938 S East End Ave.
Chicago, IL 60659

James Lee
4130 N St Louis
Chicago, IL 60618

Jamie Kleinschmidt
2150 W McLean Ave.
2W
Chicago, IL 60647

Jane Downey
1018 N Oakley Blvd
Chicago, IL 60622


Jassinowsky Trust, The
Lower Collymore Rock
St. Michael
BARBADOS


Jayne Rosefield
833 North Clark St
Chicago, IL 60610


Jennifer McManus
3842 N Southport Ave.
Apt. G
Chicago, IL 60613


Jennifer Ruff
1942 W School
Chicago, IL 60657


Joanna Swartout
1727 N Rockwell
Chicago, IL 60647


John Sadofsky
1240 N Dearborn
Apt. 3
Chicago, IL 60610


John Sreethraan
1457 N Halsted
Chicago, IL 60642


Jose Pluto
2446 N Racine Ave.
Apt. 3R
Chicago, IL 60614


JPMorgan Chase Bank
10 South Dearborn Street
Chicago, IL 60603

Karishma Buford
1841 W Addison
Chicago, IL 60613

Karlie Calvert
1420 W Barry Ave
Chicago, IL 60657

Kate Birkhead
1428 W Cortez
1W
Chicago, IL 60642

Kate Bluestein
1924 N Winchester
Chicago, IL 60622

Kate Donahue
2349 W Moffat St
Chicago, IL 60647

Kathleen Cassata
1823 N Wilcott
Chicago, IL 60622

Kelly Bonovich
1631 N Claremont Ave
Chicago, IL 60647

Kelly Wokomir
3048 N Sawyer Ave
Chicago, IL 60618

Kimberly Dyoco
1017 N Cleveland Ave
Chicago, IL 60610

Kipp Cornell
2334 W Rice St
Chicago, IL 60622

Kristen Petrillo
2520 N Washtenaw
Chicago, IL 60647

Kristina Pierce
1803 N Mohawk Unit B
Chicago, IL 60614

Kristofer Moore
1849 W Superior St.
Apt 1
Chicago, IL 60622

Laura Gillespie
2457 W Irving Park Rd
Chicago, IL 60618

Lauren Gibbs
1042 Pave
Oak Park, IL 60302

Lauren Lopriore
2002 W Barry Ave
Chicago, IL 60618

Lauren Sieckman
1415 W Belmont Ave.
Apt. 3
Chicago, IL 60657

Layne Zagorin
2133 N Kenmore Ave
Chicago, IL 60614

Lea Jackson
8109 South Indiana Ave
Chicago, IL 60619

Leahanna Horn
211 E Ontario Street
#2910
Chicago, IL 60611

Linda Dao
5615 West Patterson Ave
Chicago, IL 60634

Lisa Galvez
2237 Fullerton Ave
Chicago, IL 60642


Lisa Steele
2237 N Janssen
Chicago, IL 60614


Lysette Schafer
1120 W Adams St.
Unit 2W
Chicago, IL 60607


Maggie Adams
23 N Green Street
Chicago, IL 60607


Marissa Robinett
3830 N Marshfield Ave
Chicago, IL 60613


Martha Nimon
1142 W Gearge St
Chicago, IL 60657


Megan Yopchick
2050 N Mohawk St
Chicago, IL 60614


Meghna Shah
175 Harbor
Chicago, IL 60612


Melina Dworsky
95 Larkdale Rd.
Deerfield, IL 60015


Melina Dworsky
c/o Volker Litigation Group
33 N. Dearborn Street, Suite 1000
Chicago, IL 60602


Melissa Igersheim
1441 W School St
Chicago, IL 60657

Meredith Russell
2230 N Southport Ave
Chicago, IL 60614

Michelle Corella
60 E Monroe St.
#1602
Chicago, IL 60603

Muhlena
6145 W Addison
Chicago, IL 60634

Neighborhood Parents Network of Chi
3701 N. Ravenswood Avenue
Suite 204-205
Chicago, IL 60613

Nikki Stratton
2034 West McLean Ave
Chicago, IL 60647

Pawan
321 S Sangamon
Unit 304
Chicago, IL 60607

Peiyuan Mao
530 N Lake Shore Dr.
Unit 2201
Chicago, IL 60611

Preethi
505 N McClurg Ct
Chicago, IL 60611

Preethi Raghupatruni
505 N McClurg Ct
Chicago, IL 60611

PRIII MA Naperville JV, LLC
c/o Mid-America Asset Mgmt/Jean Zoe
One Parkway Plaza, 9th Floor
Villa Park, IL 60181

RDJ Holdings Inc.
293 Eisenhower Parkway
Suite 120
Livingston, NJ 07039


Rebecca Dillon
440 W Elm St
Chicago, IL 60610


Ron Wyka
1141 N Leavitt St.
#1
Chicago, IL 60622


Rose Lustenberger
2800 N Lake Shore Dr
Chicago, IL 60657


S Dragovic
3842 North Southport Ave.
Unit H
Chicago, IL 60613


Sabrina Stroud
7730 S Paxton Ave
Chicago, IL 60649


Sara Bafundo
635 N Dearborn St.
Unit 2205
Chicago, IL 60654


Sara Wilke
2226 N Hamilton Ave
Chicago, IL 60647


SBA Payroll Protection program
c/o JPMorgan Chase Bank
P.O. Box 15145
Wilmington, DE 19850


Scott Dietrich
3316 N Southport Ave.
#2F
Chicago, IL 60657

Shauna Womeldorff
3345 N Racine Unit D
Chicago, IL 60657

Sheena Horvath
533 N Marshfield Ave
Chicago, IL 60622

Sindhura
2423 N Jansen
Chicago, IL 60614

Sona Rao
417 S Jefferson St.
Unit 105
Chicago, IL 60607

Staci
3912 N Janssen Ave
Chicago, IL 60613

Susan Mallaney
130 N Garland Ct.
#4005
Chicago, IL 60602

Susie Hassan

Suzy Pacey
1648 W Erie St
Chicago, IL 60622

Swingley
2520 Washtenaw
Chicago, IL 60647

Talya Smith
2838 W Wellington
Chicago, IL 60618

Tara Konecky
2243 N Wayne Ave
Chicago, IL 60614

TBR Electronics
1220 W. Lakeview Court
Romeoville, IL 60446


Tiffanie Sperling
24307 Apple Tree Lane
Plainfield, IL 60585


Valerie
6 S Laflin
Chicago, IL 60607


Velezquez
1229 W Madison
30.96, IL 60607


Warren Pan
2 W Delaware
Unit 1808
Chicago, IL 60610


Yana Wilmot
201 W Brush Hill Rd.
Unit 302
Elmhurst, IL 60126


Yifan Sanchez
534 North Hermitage
Chicago, IL 60622

# United States Bankruptcy Court
## Northern District of Illinois

In re    __enerGEEwhizz LLC__                               Case No. _____
                                       Debtor(s)                     Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __enerGEEwhizz LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RDJ Holdings Inc.**
**293 Eisenhower Parkway**
**Suite 120**
**Livingston, NJ 07039**

☐ None [*Check if applicable*]

__June 19, 2020__
Date

/s/ David E. Cohen
**David E. Cohen 6192149**
Signature of Attorney or Litigant
Counsel for    **enerGEEwhizz LLC**
**Fisher Cohen Waldman Shapiro, LLP**
**1247 Waukegan Road**
**Suite 100**
**Glenview, IL 60505**
**(312) 606-3451 Fax:(312) 606-0117**
**DCohen@fishercohen.com**